UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-20425 |
| Melvin L. Walls, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING U.S. TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS UNDER 11 U.S.C. § 707(b)**

This cause coming to be heard on the motion of the United States Trustee, due notice having been given:

IT IS HEREBY ORDERED that the last day for the United States Trustee to file a complaint objecting to the Debtor's discharge is extended to and including December 20, 2018.

IT IS FURTHER ORDERED that the last day for the United States Trustee to file a motion to dismiss under 11 U.S.C. § 707(b) is extended to and including December 20, 2018.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 29 OCT 2018

**Prepared by:**
Jeffrey S. Snell, Trial Attorney
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-0890

Rev: 20170105_bko